IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                           ) | CASE NO. CR408-315 |
| ) | |
| JAMERSON VASHON SMALLS, a/k/a ) | |
| Fat Boy, a/k/a Jamo, a/k/a    ) | |
| Jamie,                               ) | |
| ) | |
|         Defendant.                 ) | |
| ) | |

## O R D E R

Before the Court are Defendant Jamerson Vashon Smalls's Motion for Continuance and Special Setting (Doc. 811), Motion for Separate Sentencing of Defendants (Doc. 812), and Motion for Downward Departure (Doc. 810). After careful consideration, the Court finds no reason to postpone Defendant's Sentencing beyond the scheduled date of December 7, 2009. Accordingly, Defendant's Motion for Continuance and Motion for Separate Sentencing are **DENIED**. The Court **RESERVES** its ruling on Defendant's Motion for Downward Departure until Defendant's sentencing hearing.

SO ORDERED this 7th day of December, 2009.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA