# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Savannah Division

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
JUL -8 2015
CLERK
SO. DIST. OF GA

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Jamerson Vashon Smalls | ) Case No: 4:08-CR-00315-1 |
| | ) USM No: 60323-019 |
| Date of Original Judgment: December 7, 2009 | ) Martin G. Hilliard |
| Date of Previous Amended Judgment: N/A | ) Defendant's Attorney |

*(Use Date of Last Amended Judgment, if any)*

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[ ] DENIED. [X] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __262__ months **is reduced to** __210 months__.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated __December 7, 2009,__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: July 8, 2015

_____
Judge's signature

William T. Moore, Jr.
Judge, U.S. District Court
Effective Date: November 1, 2015        Southern District of Georgia
*(if different from order date)*                *Printed name and title*